83,912-01

Cause No, 1152406-A

EX PARTE § In the 209th Dist, Court

§ of

LEMUEL I. QUIJANO
Applicant § Harris, County Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

**application for writ of mandamus**

To Honorable Judge of Court:

Comes now, Lemuel Quijano, relator pro se in above styled and numbered cause and files this application for writ of Mandamus pursuant to TCCP Art.11.07 Sect.3(c) and shows the following:

I'm incarcerated at Polunsky Unit TDCJ 3872 FM 350 S. Livingston,Tx 77351

Relator,Lemuel Quijano#1628409 has exhausted his remedies and has no other adequate remedy at Law and is compelled to seek your court's help in this ministerial action.I request this writ of Mandamus so that you can get the Respondent to IMMEDIATELY transmit to the Court of Criminal Appeals a copy of my Application for Writ of Habeas Corpus,any answers filed,and a true certificate reciting the date upon which that finding was made,if court decides that there are no issues to be resolved.No copy of my Writ nor any rulings have been forwarded to the Court of Crim.Appeals as far as Iknow and it was put into the above Court way back in Sept.of 2012!!If Statues had been followed this writ would've been resolved long ago.The duties of both the Judge of said Court(209th) and the Harris Co.District Clerk have been neglected in this instance and I beg your Court in its capacity as the final arbiter of justice to contact the parties involved and secure me an answer to my Writ of Habeas Corpus pursuant to Art.11.07 TCCP Sect.3(c) at the earliest possible time.

Respondent has already violated Article 11.07 Sect.3(c) TCCP by failing to provide copy of writ to Court of Crim.Appeals within time prescribed by the law and my letters to the court have gone unanswered.I've gone far beyond any reasonable bounds intrying to get this resolved.

Therefore Relator prays that this Honorable court will contact the other and make them comply with the letter of the Law.In hopes that you will be helpful I remain...

Sincerely,

Lemeul Quijano

Certificate of Service: A true copy of this was placed in US mail on Sept 14, 2015 for Court of Criminal Appeals Austin Tx 78711

Lemuel Quijano
TDCJ#1628409
Polunsky Unit
3872 FM 350 S.
Livingston,TX 77351


Tx Court of Criminal Appeals
P.O.Box 12308
Austin,TX 73711


September 14,2015


Dear Ma'am/Sir:

Please find enclosed one Application for Writ of Mandamus against the 209th District Court and district Clerk of Harris County,Tx.I pray an adequate solution to this problem will be found ASAP and that my Writ of Habeas Corpus will be ruled upon duly.In hopes that you'll be of a like mind I remain.....


Sincerely,

Lemuel Quijano